# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

PARIS R. BOONE,

        Petitioner,      :   Case No. 2:17-cv-332

- vs -                              District Judge Algenon L. Marbley
                                     Magistrate Judge Michael R. Merz

Warden,
  Mansfield Correctional Institution
                                  :

        Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

This habeas corpus case is before the Court on the Magistrate Judge's Report and Recommendations recommending that the Petition be dismissed with prejudice (ECF No. 12). Petitioner, who is represented by counsel, was notified of his obligation to file any objections within fourteen days of service of the Report. The Report was filed and served on March 29, 2019, so that the period for objections expired April 12, 2019, but Petitioner has filed no objections. Accordingly, the Report is ADOPTED and the Clerk will enter judgment dismissing the Petition with prejudice.

Respondent's Objections, which pertain only to the recommendation that any appeal by Petitioner be allowed to proceed *in forma pauperis*, are moot because Petitioner has waived the right to appeal by failing to file timely objections.

April 17, 2019.

                                                      Algenon L. Marbley
                                                 United States District Judge