IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

PARIS R. BOONE,

    Petitioner, : Case No. 2:17-cv-332

- vs -

    Chief Judge Algenon L. Marbley

    Magistrate Judge Michael R. Merz

WARDEN, Mansfield Correctional Institution,

    Respondent. :

---

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 23) to whom this case was referred pursuant to 28 U.S.C. § 636(b) and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Petitioner's Motion for Relief from Judgment (ECF No. 16) be granted and the Court will proceed to decide the Objections on the merits.

June 26, 2020.

                                            Algenon L. Marbley
                                            United States Chief Judge